No. D–804. IN RE DISBARMENT OF MCMANUS. It is ordered that George W. McManus, Jr., of Baltimore, Md., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.